# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

PHILIP PRATER                                                                                          PLAINTIFF

VS.                                                   CIVIL ACTION NO. 3:03-CV-1376 HTW/LRA

LAKEVIEW CONSTRUCTION, INC.,
ARONOV MANAGEMENT COMPANY, INC.,
MOTHERS WORK, INC., and JOHN DOES 1-4 DEFENDANTS

## ORDER GRANTING DAMAGES

This matter came before the court on the motion of the plaintiff for default judgment against the defendant Mother's Work, Inc. for failure to appear and defend in the above styled and numbered cause. This court found the motion to be well taken and the same was granted. Federal Rule of Civil Procedure 54(c) states in relevant part that, "... damages cannot be awarded without a hearing and/or a demonstration by detailed affidavits and other evidence establishing the necessary facts to support the plaintiff's damages claim. *United Artists Corporation v. Freeman*, 605 F.2d 854, 857 (5th Cir. 1979). Accordingly, this court held a hearing on damages, heard the plaintiff's testimony regarding his injuries, and considered the submissions of counsel which included an expert opinion on lost wages, and is now prepared to issue the award of damages as follows:

Total lost wages (discounted) - $394,526.00;

Current medical expenses - $92,859.34;

Future medical expenses - $50,000.00; and

Total pain and suffering - $690,000.00.

Therefore, damages to the plaintiff are hereby awarded in the total amount of $1,227,385.34.

**SO ORDERED** this the 29th day of January, 2010.

                                          **s/ HENRY T. WINGATE**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**

CIVIL ACTION NO. 3:03-CV-1376 HTW/LRA
Order Granting Damages